# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Farah Naz

**v.**

Jennifer M. Granholm, Sec'y of the US Dep    **Case No:** 23-5237

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ⦿ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Court-Appointed Amicus Curiae in Support of

Appellant Farah Naz

### Counsel Information

Lead Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

2nd Counsel:  Cody F. Marden

Direct Phone: (202) 626-1495  Fax: (202) 626-5801  Email: cmarden@milchev.com

3rd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

Firm Name:  Miller & Chevalier Chartered

Firm Address: 900 Sixteenth St. NW, Black Lives Matter Plaza, Washington, DC 20006

Firm Phone: (202) 626-5800  Fax: (202) 626-5801  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)